UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF OHIO

IN RE:  CASE NO: 11-53336

RYAN JOHNSON

ADDRESS: 724 CARLYSLE

Akron Ohio 44310

LAST 4 DIGITS OF SSN

5443  CHAPTER 7

FILED 2011 AUG 30 PM 2:20 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

Statement Under Penalty of Perjury Concerning Payment Advices

Due Pursuant to 11 U.S.C. 521(a)(1)(B)(iv)

I*, RYAN JOHNSON, state as follows;

I did not file with the Court copies of all payment advices or other evidence of payment received with 60 days before the date of the filing of the petition from any employer because.

___a) I was not employed during the period immediately preceding the filing of the above referenced case_____(state the dates that you were not employed):

___b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition:

___c) I am self-employed and do not receive any evidence of payment from an employer;

_X_d)Other(please explain  I AM UNEMPLOYED AND HAVE MEDICAL PROBLEMS WHICH PREVENT ME FROM WORKING

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated this____30TH__ day of __AUGUST_____, 2011

_____[signature]_____(Signature of Debtor)

Debtor

11-53336-mss    Doc 5    FILED 08/30/11    ENTERED 08/30/11 15:09:23    Page 1 of 1